**Electronically Filed**
**Supreme Court**
**SCWC-11-0000525**
**29-NOV-2013**
**11:50 AM**

SCWC-11-0000525

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FIRST HAWAIIAN BANK, Respondent/Plaintiff-Appellee,

vs.

ROGER P. CHADWICK, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000525; CIV. NO. 11-1-0164(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ., with
Circuit Judge Toʻotoʻo, in place of Recktenwald, C.J., recused)

The Application for Writ of Certiorari filed on

November 4, 2013 by Petitioner/Defendant-Appellant Roger Chadwick

is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 29, 2013.

Roger Chadwick,                     /s/ Paula A. Nakayama
pro se
                                    /s/ Simeon R. Acoba, Jr.
Jonathan W.Y. Lai,
for respondent                      /s/ Sabrina S. McKenna

                                    /s/ Richard W. Pollack

                                    /s/ Faʻauuga L. Toʻotoʻo

